UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 07-389-02 JMR/FLN |
| Plaintiff, | |
| v. | O R D E R |
| James Martin Bruflodt, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 11, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Disclose Grand Jury Proceedings, or in the Alternative, for an *In Camera* Inspection: Motion to Dismiss Indictment [#61; #62] is **DENIED**.

2. Defendant's Motion to Suppress Evidence [#45] is **DENIED**.

3. Defendant's Motion for Suppression of Statements [#59] is **DENIED**.


DATED: April 22, 2008.                s/James M. Rosenbaum
at Minneapolis, Minnesota             CHIEF JUDGE JAMES M. ROSENBAUM
                                       United States District Court